## UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

3LIONS PUBLISHING, INC.,

    Plaintiff,

v.                                                                                       Case No: 8:19-cv-213-T-33TGW

INTERACTIVE MEDIA CORPORATION,

    Defendant.

## NOTICE OF SETTLEMENT

The parties ("Parties") have agreed to settle this matter without participation in the mediation process that was scheduled for June 28, 2019 at the offices of Peter J. Grilli P.A. ("Mediator"). The parties are finalizing the respective settlement agreement. A notice of voluntary dismissal with prejudice will be filed with this Court within ten (10) business days or less.  The Parties respectfully ask that this Court cancel any pending proceedings and filings pursuant to the instant case. The Mediator will invoice whatever cancellation fee ("FEE") the Mediator deems reasonable, allocating fifty percent (50%) to each party.

**Dated**: June 24, 2019:

        Respectfully submitted,

        By: /s/ Carlos A. Leyva
        Carlos A. Leyva
        Florida Bar No. 0051017
        **DIGITAL BUSINESS LAW GROUP, P.A.**
        3958 Talah Dr.
        Palm Harbor, FL 34684
        (800) 516-7903 phone
        (800) 257-9128 fax
        cleyva@digitalbusinesslawgroup.com

        **ATTORNEY FOR PLAINTIFF**
        **3LIONS PUBLISHING, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2019, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing.

        By: /s/ Carlos A. Leyva
        Carlos A. Leyva